## LEROY HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Leroy Harris' petition for certification for appeal from the Appellate Court, 97 Conn. App. 382 (AC 26295), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David J. Reich*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided October 16, 2006

## PRECISION MECHANICAL SERVICES, INC. *v.* SHELTON YACHT AND CABANA CLUB, INC.

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 258 (AC 26800), is denied.

*Benson A. Snaider*, in support of the petition.

*Neal L. Moskow*, in opposition.

Decided October 16, 2006